UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION

OF

JOSE ANTONIO VELASCO-HERNANDEZ

Case No. 07MJ8333

ORDER

The Hon. Peter C. Lewis having received the Complaint filed on April 9, 2007, by Karla Davis, Assistant United States Attorney for the Southern District of California, for and on behalf of the Government of Mexico, pursuant to the request of the Government of Mexico, for the provisional arrest and extradition of JOSE ANTONIO VELASCO-HERNANDEZ, and an affidavit executed by JOSE ANTONIO VELASCO-HERNANDEZ, and witnessed by his attorney, James Fife;

And, further, after holding an extradition hearing, the Hon Peter C. Lewis issued a written Order on October 7, 2008 (docket #31), which found that currently there is an extradition treaty in force between the United States and Mexico; that the treaty covers the offense for which JOSE ANTONIO VELASCO-HERNANDEZ's extradition was requested; that JOSE ANTONIO VELASCO-HERNANDEZ is the person whose extradition is sought by Mexico; and that probable cause exists to believe that JOSE ANTONIO VELASCO-HERNANDEZ committed the offense for which extradition was requested;

And, further, this Court, now having been advised in open session that JOSE ANTONIO VELASCO-HERNANDEZ is a fugitive sought by the Government of Mexico; that he is aware that the Government of Mexico has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Mexico and Title 18, United States Code, § 3184 et seq., and that he has knowingly and voluntarily waived those rights;

1          Thus, this Court hereby VACATES as MOOT the October 7, 2008 Order issued by the Hon. Peter C. Lewis granting the request for extradition (docket #31). This Court also VACATES as MOOT the October 14, 2008 Order (docket #35) issued by the Hon. Peter C. Lewis granting VELASCO-HERNANDEZ's Motion Seeking Stay of Certification of Extradition and of Extradition Pending Habeas to District Court (docket #32).

           IT IS THEREFORE FURTHER ORDERED that JOSE ANTONIO VELASCO-HERNANDEZ be committed to the custody of the United States Marshal for the Southern District of California pending arrival of the duly authorized representatives of the Government of Mexico, at which time the United States Marshal shall deliver him to the custody of such authorized representatives to be transported to Mexico to be held for trial or other disposition; and

           IT IS FURTHER ORDERED that the transfer of physical custody of JOSE ANTONIO VELASCO-HERNANDEZ shall be at such time and place as mutually agreed upon by the United States Marshal for the Southern District of California and the duly authorized representatives of the Government of Mexico.

           The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

           SO ORDERED, this 7th day of November, 2008.

                                                    _____
                                                    LEO S. PAPAS
                                                    United States Magistrate Judge
                                                    Southern District of California